### SOUTHERN RY. CO. V. WILSON.

*Damages.*

(Decided Nov. 28, 1907.)

APPEAL from Colbert Circuit Court.
Heard before Hon. JOSEPH H. NATHAN.
HUMES & SPEAKE, for appellant.
JAMES JACKSON and JAMES H. BRANCH, for appellee.
Per curiam.—Dismissed by agreement.

---

### THE STATE VS. KIDD.

*Habeas Corpus.*

(Decided July 2, 1907.)

APPEAL from Wilcox Probate Court.
Heard before Hon. J. N. STANFORD.
ALEXANDER M. GARBER, Attorney General, for the
State.
J. N. MILLER, for appellee.
Per curiam.—Affirmed on the facts.

---

### THE STATE EX REL. ATTORNEY GENERAL
### V. FOSTER, JUDGE.

*Mandamus.*

(Decided Nov. 14, 1907.)

Original petition in the Supreme Court.
ALEXANDER M. GARBER, Attorney General, and C. B.
VERNER, for petitioner.
H. B. FOSTER, pro se.
Per curiam.—Rule nisi discharged.